UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
Celeste Spicer, Autumn Burgess et al    08 CIV. 10240 (LBS)

on behalf of themselves and other etc.
v.

Pier Sixty LLC and Abigail Kirsch

-----------------------------------------------------X

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-25-09
```

APPEARANCES:

Plaintiff by:
JOSEPH & HERZFELD LLP

by D. Maimon Kirschenbaum, Esq
757 Third Ave., 25th Fl.

N.Y., N.Y.  10017

Defendant by:

JACKSON LEWIS LLP
1 North Broadway

White Plains, N.Y. 10601

by Jonathan M. Kozak, Esq.

by Felice Ekelman, Esq.

SAND, J.

      Pursuant to Fed. R. Civ. P. 16(b), after holding an initial pretrial conference, it is hereby ordered that:

1. The last date for joining additional parties or amending the pleadings shall be _____.

2. The last date for the filing and hearing of motions shall be _____.

3. All/discovery shall be completed by  10/5/09 . *liability*

4. A pretrial order shall be submitted by _____. The pretrial order shall conform with the Court's instructions, a copy of which may be obtained from the Deputy Clerk.

5. A pretrial conference shall be held on _____ at _____. This conference is to be attended by counsel who will actually try the case.

      If the action is for personal injuries, plaintiff is directed to make a monetary settlement demand and defendant is directed to respond to such demand prior to the pretrial conference.

Conference 10/14/09 at 4:30 PM

SO ORDERED.

DATED: New York, New York
March 25, 2009

                                                    /s/ Sand
                                                   U.S.D.J.