UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

CELESTE SPICER, et al., on behalf of
themselves and all others similarly situated,

                Plaintiffs,

    -against-

PIER SIXTY LLC, et ano.,

               Defendants.
-----------------------------------------------------------x

**ORDER**

08 Civ. 10240 (LBS) (FM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/11

**FRANK MAAS**, United States Magistrate Judge.

      Pursuant to the telephone conference held earlier today, it is hereby ORDERED that Plaintiffs shall complete Ms. Marciano's deposition by May 11, 2011, unless Defendants represent in writing that they will not rely upon her as a witness at trial or as an affiant or declarant in support of their motion for summary judgment. Such deposition shall be limited to two hours in duration.

      SO ORDERED.

Dated:     New York, New York
            April 11, 2011

                                            _____
                                            FRANK MAAS
                                   United States Magistrate Judge

Copies to:

Honorable Leonard B. Sand
United States District Judge

D. Maimon Kirschenbaum, Esq.
Joseph, Herzfeld, Hester, & Kirschenbaum
Fax: (212) 688-2548

Jonathan S. Abady, Esq./Matthew D. Brinckerhoff, Esq.
Emery Celli Brinckerhoff & Abady, LLP
Fax: (212) 763-5001

Carolyn Richmond, Esq./Seth Kaplan, Esq.
Fox Rothschild, LLP
Fax: (212) 692-0940

Douglas H. Flaum, Esq./Lisa H. Bebchick, Esq.
Fried, Frank, Harris, Shriver & Jacobson
Fax: (212) 859-4000

Felice B. Ekelman, Esq./Michael Jakowsky, Esq.
Jackson Lewis LLP
Fax: (212) 972-3213